Ryan v Cunningham
2026 NY Slip Op 04067
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

PAUL RYAN, PLAINTIFF-APPELLANT,
v
SUSAN CUNNINGHAM, ALAN LINCOLN, NANCY KERRIGAN, CHARLIE BERNET, KRISTA TASKEY, DIANA MARLEY, DAVID SMART, HUNTWOOD HOMEOWNERS ASSOCIATION, PROPERTY MANAGEMENT ALLIANCE, LLC, AND MURRAY LANDSCAPING, DEFENDANTS-RESPONDENTS.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 26, 2026
332 CA 25-00978
Present: Lindley, J.P., Bannister, Montour, Greenwood, And Hannah, JJ.

PAUL RYAN, PLAINTIFF-APPELLANT PRO SE.
CERIO LAW OFFICES, SYRACUSE (DAVID W. HERKALA OF COUNSEL), FOR DEFENDANT-RESPONDENT SUSAN CUNNINGHAM.
SMITH SOVIK KENDRICK & SUGNET P.C., SYRACUSE (GARDAR G. OLAFSSON OF COUNSEL), FOR DEFENDANTS-RESPONDENTS ALAN LINCOLN, NANCY KERRIGAN,

Appeal from an order of the Supreme Court, Onondaga County (Robert E. Antonacci, II, J.), entered March 25, 2025. The order denied plaintiff's application for an order to show cause.
[*1]
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: Plaintiff appeals from an order insofar as it denied his application for an order to show cause seeking the removal of a wall erected adjacent to a back deck by his adjoining townhome neighbor. We conclude that the appeal must be dismissed because "no appeal lies . . . from the denial of an application to sign an order to show cause" (Quattrone v Erie 2 Chautauqua-Cattaraugus Bd. of Coop. Educ. Servs., 243 AD3d 1337, 1338 [4th Dept 2025] [internal quotation marks omitted]; see M.B. v F.B., 235 AD3d 497, 498 [1st Dept 2025], lv denied 44 NY3d 901 [2025]).
Entered: June 26, 2026
Ann Dillon Flynn
Clerk of the Court